

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

#### NO. 02-15-00010-CV

CARL CHADWICK SNELL

APPELLANT

V.

PATRICIA L. PASKOW

APPELLEE

----------

FROM THE 211TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 14-09634-211

----------

## MEMORANDUM OPINION[1]

----------

Appellant Carl Chadwick Snell perfected an appeal from a protective order imposed against him for the protection of Appellee Patricia L. Paskow. Appellant died. The State of Texas, who represented Appellee in obtaining the protective order, moved to dismiss the trial court cause in the interest of justice based on

---

[1]See Tex. R. App. P. 47.4.

Appellant's death, and the trial court dismissed the trial court cause. We received a copy of the motion and order, and we verified Appellant's death. We then sent a letter to the State and to Appellant's estate indicating that we would dismiss this appeal absent a response showing grounds for continuing it. We have received no response. Accordingly, because there is nothing left to appeal, we dismiss this appeal as moot.[2]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  June 18, 2015

---

[2]*See, e.g.*, *Khorrami v. Torres*, No. 02-14-00242-CV, 2014 WL 5307196, at *1 (Tex. App.—Fort Worth Oct. 16, 2014, no pet.) (mem. op.) (dismissing appeal as moot after complained-of order vacated).